UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO.  8:18-CR-73-T-17JSS

RICARDO LOPEZ-JUAREZ.

_____/

ORDER

This cause is before the Court on:

Dkt. 24    Unopposed Motion to Expedite Sentencing
Dkt. 25    Order
Dkt. 26    Notice


The Court previously granted the Unopposed Motion to Expedite Sentencing, and scheduled the sentencing on May 11, 2018 at 2:00 p.m.


The U. S. Probation Office has advised the Court that: 1) there are unresolved immigration issues as to Defendant Lopez-Juarez; 2) there is a pending felony in Hendry County as to Defendant Lopez-Juarez; and 3) the Government has not provided all its case information to Probation.


The docket for this case does not show the filing of an initial PSR and a final PSR, after the appropriate time to raise objections.  After consideration, the Court vacates the Order granting the Unopposed Motion to Expedite Sentencing, and the sentencing will be rescheduled in a separate Notice.  Accordingly, it is

Case No. 8:18-CR-73-T-17JSS

**ORDERED** that the Order granting the Unopposed Motion to Expedite Sentencing (Dkt. 25) is **vacated**. Defendant Ricardo Lopez-Juarez' sentencing set for May 11, 2018 at 2:00 p.m. will be **rescheduled** in a separate Notice, with enough time for an initial PSR and final PSR to be filed, following normal procedures.

**DONE and ORDERED** in Chambers in Tampa, Florida on this _8_ day of May, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

David Tremmel, U.S.P.O.

U.S. Marshal